ANDREW J. APPLEBEE et al., as Executors, etc., Plaintiffs, *v.* WILLIAM DUKE, Appellant, et al., Respondents.

(Argued October 2, 1893; decided October 17, 1893.)

APPEAL from order of the General Term of the Supreme Court in the fifth judicial department, made January 18, 1893, which affirmed an order of Special Term directing a dis-

covery of books, etc., of a copartnership firm formerly composed of Joseph & William Duke.

*George H. Blackman* for appellant.

*Charles S. Cary*, guardian *ad litem*, for Hanford Duke and Myron Duke, respondents.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.          _____